### John P. McLAUGHLIN, Collector of Internal Revenue, etc., v. EAST BAY WATER COMPANY, a Corporation.
### No. 9211.

Circuit Court of Appeals, Ninth Circuit.
June 26, 1939.

Frank J. Hennessy, U. S. Atty., of San Francisco, Cal., and James W. Morris, Asst. Atty. Gen., for appellant.

T. P. Wittschen, of. Oakland, Cal., for appellee.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal, 24 F.Supp. 222, dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court in this cause issued forthwith.

### Charles MASHUNKASHEY, an Incompetent Person, by Fred S. Clinton, as Guardian, etc., v. UNITED STATES of America et al.
### No. 1927.

Circuit Court of Appeals, Tenth Circuit.
June 27, 1939.

No appearance for appellant.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed at appellant's clerk's costs, for failure to prosecute.

### Montague Stanley TWEEDIE, Petitioner-Appellant, v. COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.
### No. 340.

Circuit Court of Appeals, Second Circuit.
June 19, 1939.

Charles W. Hagen, of New York City, for appellant.

James W. Morris, Asst. Atty. Gen., and Sewall Key and Morton K. Rothschild, Sp. Assts. to the Atty. Gen., for appellee.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Decision affirmed.